IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

PETER LANGLEY CAGLE                          Case No. 10-20590-7
LINDA LEE CAGLE,

         Debtors.
_____/

## MOTION TO REOPEN CHAPTER 7 BANKRUPTCY PROCEEDING

Come now the Debtors, by and through their attorney of record, Eric C. Rajala, and move the Court for an order reopening the above-captioned Chapter 7 bankruptcy proceeding, for the purpose of allowing the separate Debtor, Peter Langley Cagle, to file complaints seeking to determine the dischargeability of his student loan debts.

In support of their motion, Debtors state the following:

1. The above-captioned bankruptcy case was filed on March 5, 2010, under Chapter 7 of the Bankruptcy Code. The Chapter 7 Trustee, Steven R. Rebein, filed his Chapter 7 Trustee's report of no distribution on May 4, 2010. The Order discharging the Debtors and Final Decree were filed on June 9, 2010, and the case was closed on that same day.

2. Prior to the closing of the case, the Debtors and their counsel discussed the possibility of seeking an order from the Bankruptcy Court determining that the Debtor's student loans owed to Sallie Mae and the U.S. Department of Education were dischargeable. However, due to miscommunication between Debtors and their counsel, complaints to determine the dischargeability of these debts were not filed prior to the closing of the case.

3. Pursuant to 11 U.S.C. § 350(b), "a case may be reopened in the Court in which such case was closed to administer assets, to accord relief to the Debtor, or for other cause."

4.      Pursuant to Rule 5010, Federal Rules of Bankruptcy Procedure, "a case may be reopened on motion of the Debtor or other party in interest pursuant to § 350(b) of the Code."

5.      This Court has jurisdiction to determine the dischargeability of the student loan debts of the separate Debtor, Peter Langley Cagle, pursuant to 11 U.S.C. § 523(a)(8). Therefore, it is appropriate that the Court reopen the case pursuant to 11 U.S.C. § 350(b), to accord such relief to the Debtor.

WHEREFORE, Debtors prays for an order reopening the above-captioned Chapter 7 bankruptcy case, and for such other and further relief as the Court may deem just and equitable.

s/ Eric C. Rajala
Eric C. Rajala, #10082
Metcalf Bank Building
11900 College Blvd., Suite 341
Overland Park, KS 66210
(913) 339-9806
(913) 339-6695 Fax
eric@ericrajala.com
Attorney for Debtors

## CERTIFICATE OF SERVICE

The CM/ECF system will send a notice of the electronic filing of the foregoing to the parties requesting electronic notice as set out on the Notice of Electronic Filing issued by the Court.

s/ Eric C. Rajala
Eric C. Rajala
